UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIZABETH CARLEY,

    Petitioner

vs.

WARDEN NEVENS, et al.,

    Respondents

Case No. 2:16-cv-02227-JAD-PAL

**ORDER**

ECF No. 21, 23

Petitioner has filed an amended petition (ECF No. 12). The court has reviewed it in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

Petitioner also has filed a motion for leave to file exhibits under seal (ECF No. 21) and a motion to partially waive Local Rule IA 10-3(e) (ECF No. 23). The court finds good cause and grants these motions.

**IT IS THEREFORE ORDERED** that respondents have until July 20, 2017, to answer or otherwise respond to the amended petition (ECF No. 12). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have 45 days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 will apply.

Good cause appearing, IT IS FURTHER ORDERED that petitioner's motion for leave to file exhibits under seal **(ECF No. 21) is GRANTED**.

Good cause appearing, IT IS FURTHER ORDERED that petitioner's motion to partially waive Local Rule IA 10-3(e) **(ECF No. 23) is GRANTED**.

DATED: June 5, 2017

                                              _____
                                              Jennifer A. Dorsey
                                              United States District Judge