# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CARLEY, | Case No. 2:16-cv-02227-JAD-PAL |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN NEVENS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 35) is **GRANTED**. Respondents will have through January 7, 2019, to file an answer to the amended petition (ECF No. 12).

Dated: October 17, 2018.

                                              _____
                                              JENNIFER A. DORSEY
                                              United States District Judge