# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>WARDEN NEVENS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:16-cv-02227-JAD-PAL<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 37), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 37) is **GRANTED**. Respondents will have through April 8, 2019, to file an answer to the amended petition (ECF No. 12).

DATED: January 4, 2019,

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge