# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>　　　　　Petitioner<br><br>　　v.<br><br>WARDEN NEVENS, et al.,<br><br>　　　　　Respondents | Case No.: 2:16-cv-02227-JAD-PAL<br><br>**Order Granting Motion<br>to Extend Time**<br><br>[ECF No. 39] |

Good cause appearing, **IT IS HEREBY ORDERED** that respondents' motion for enlargement of time (third request) **[ECF No. 39] is GRANTED**. Respondents' deadline to file an answer to the amended petition (ECF No. 12) **is extended to June 7, 2019**.

Dated: April 8, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey