# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Elizabeth Carley,

        Petitioner

v.

Nevens, et al.,

        Respondents

Case No.: 2:16-cv-02227-JAD-BNW

**Order Granting Extension**

[ECF No. 42]

Respondents move for an extension of time (fourth request),[1] and their request is not opposed. I grant the motion, but I will likely not extend this deadline further. I understand that the motion for extension is based upon many factors, including counsel's recent extended medical leave. I note only, however, that where there are competing scheduling demands between cases in this district, counsel ordinarily should seek extension of time in the later-filed case(s), absent extraordinary circumstances. I am seeking to posture this case for final disposition, to the extent possible, before September 30, 2019.

Accordingly, with good cause appearing, IT THEREFORE IS ORDERED that respondents' motion for extension of time (fourth request) **[ECF No. 42] is GRANTED.** Respondents must file their answer by July 22, 2019. No further extensions of this deadline will be granted absent extraordinary circumstances.

Dated: June 12, 2019

                                                    _____
                                                    U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 42.