# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELIZABETH CARLEY,

              Petitioner

    v.

WARDEN NEVENS, et al.,

              Respondents

Case No. 2:16-cv-02227-JAD-BNW

**Order Granting Motion for Extension of Time**

ECF No. 48

      Respondent moves for an extension of time to file an opposition to the motion for an evidentiary hearing.[1]  Good cause appearing, I grant the motion.

      IT THEREFORE IS ORDERED that respondents' motion for extension of time **[ECF No. 48] is GRANTED**.  **The response deadline is extended to October 17, 2019.**

      Dated: September 25, 2019

                               _____
                               U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 48.